IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01613-AP

LAURA M. STANIGAR,

      Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
      Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

_____

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Frederick W. Newall
Attorney
730 N. Weber, #101
Colorado Springs, CO 80903
(719) 633-5211
(719) 635-6503 (facsimile)
fnewall@qwestoffice.net

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A.** **Date Complaint Was Filed:** June 19, 2013

**B.** **Date Complaint  Was Served on U.S. Attorney's Office:** November 25, 2013

**C.** **Date Answer and Administrative Record Were Filed:** January 23, 2014

- 2 -

**4.       STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that, to the best of their knowledge, the record is complete and accurate.

**5.       STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate any additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not appear to raise unusual claims or defenses.

**7.  OTHER MATTERS**

The parties are not aware of any other matters.

**8.  BRIEFING SCHEDULE**

> **A.       Plaintiff's Opening Brief Due:** March 24, 2014
> **B.       Defendant's Response Brief Due**: April 23, 2014
> **C.       Plaintiff's Reply Brief (If Any) Due:** May 8, 2014

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

> **A.       Plaintiff's Statement:** Plaintiff does not request oral argument.

> **B.       Defendant's Statement:** Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

> ***Indicate below the parties' consent choice***.

> **A.       (    )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

> **B.       ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.***

- 3 -

DATED this 12th day of February, 2014.

BY THE COURT:

*s/John L. Kane*

U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/ Frederick W. Newall

Frederick W. Newall
Attorney
730 N. Weber, #101
Colorado Springs, CO 80903
(719) 633-5211
(719) 635-6503 (facsimile)
fnewall@qwestoffice.net

Attorney for Plaintiff

**By:** s/ *Alexess D. Rea*

Alexess D. Rea
Special Assistant U.S. Attorney
1961 Stout St., Suite 4169
Denver, CO 80294-4003
(303) 844-7101
(303) 844-0770 (facsimile)
alexess.rea@ssa.gov

Attorneys for Defendant

- 4 -